UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

                          Plaintiffs,

      -against-

EMOTE MEDICAL SERVICES, P.C.., et al.

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
1:22-cv-06617-RPK-VMS

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company ("Plaintiffs"), and counsel for Defendants, Emote Medical Services, Pitch Medical, P.C., and Sangeet Khanna, M.D. ("Defendants"), that all claims in this action asserted by Plaintiffs against Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

RIVKIN RADLER LLP

By:   /s/ *Joshua D. Smith*
      Michael Sirignano, Esq.
      Barry I. Levy, Esq.
      Joshua D. Smith, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

EISENBERG & CARTON

By:   /s/ *Lloyd M. Eisenberg*
      Lloyd M. Eisenberg, Esq.
Eisenberg & Carton
405 RXR Plaza
Uniondale, New York

*Counsel for Defendants, Emote Medical Services, Pitch Medical, P.C., and Sangeet Khanna, M.D.*